**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-02162-REB-MJW          FTR - Courtroom A-502

**Date:**   September 07, 2011                      Courtroom Deputy, Ellen E. Miller

         *Parties*                                         *Counsel*

RAW FILMS, LTD.,                                     Jason Kotzker

         Plaintiff(s),

v.

JOHN DOES 1-24,                                      - - - -

         Defendant(s).

___

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   8:00 a.m.
Court calls case.  Appearance of counsel.
**11-cv-01653-CMA-MJW** , which is set today at 1:30 p.m.,  is called at the same time as both cases involve similar parties and claims and is similarly postured.

**It is ORDERED:**   **On or before SEPTEMBER 12, 2011**, Plaintiff shall file its legal brief showing legal authority / case law which supports filing just one law suit instead of separate law suits against this many John Does.

The Court raises Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [Docket No. 4, Filed August 20, 2011].

**It is ORDERED:**   Plaintiff's MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE AND INCORPORATED MEMORANDUM OF LAW [Docket No. **4**, Filed August is **GRANTED** for reasons as set forth on the record.
Any and all Internet Service Provider(s)  ("ISP") shall preserve data records from the date they are served with a subpoena regarding the Defendant(s) IP address.

**It is ORDERED:**   A   **RULE 16(b) SCHEDULING CONFERENCE**  is set  **OCTOBER 31, 2011   at 1:30 p.m.**  in Courtroom A-502, Fifth floor,  Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Proposed Scheduling Order shall be filed **on or before SEPTEMBER 26,  2011.**

*11-cv-02162-REB-MJW*
*Motion Hearing*
*September 07, 2011*

**It is ORDERED:**     A **SHOW CAUSE HEARING** as to service is set **OCTOBER 31, 2011 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written ORDER TO SHOW CAUSE shall issue.

Hearing concluded.

**Court in recess:**     8:19 a.m.
Total In-Court Time 00: 19

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.

Pursuant to the Court's direction immediately following this hearing, Plaintiff's counsel has provided the following list of cases filed in this court:

| | |
|---|---|
| 11-cv-01653-CMA-MJW | K-Beech, Inc. v.  John Does 1 - 35 |
| 11-cv-01654-CMA-MJW | Patrick Collins, Inc. v. John Does 1-25 |
| 11-cv-01655-CMA-MJW | K-Beech, Inc. v.  John Does 1 - 20 |
| 11-cv-01656-CMA-MJW | Patrick Collins, Inc. v. John Does 1-26 |
| 11-cv-02162-REB-MJW | Raw Films, Ltd.  v.  John Does 1-24 |
| 11-cv-02163-CMA | Patrick Collins, Inc. v. John Does 1-33 |
| 11-cv-02164-CMA-KLM | Patrick Collins, Inc. v. John Does 1-15 |
| 11-cv-02165-CMA-KMT | Patrick Collins, Inc. v. John Doe |