IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02162-REB-MJW

RAW FILMS, LTD.,

Plaintiff(s),

v.

JOHN DOES 1-24.

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion for Clarification of this Court's Minute Order [DKT 8], filed with the Court on October 24, 2011, Docket Number 14, is GRANTED. It is ORDERED that all Internet Service Providers shall respond to the subpoenas issued by Plaintiff by providing the information requested therein. The Internet Service Providers may charge Plaintiff for the cost to retrieve this information.

Date: October 24, 2011