IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02162-REB-MJW

RAW FILMS, LTD.,

Plaintiff(s),

v.

JOHN DOES 1-24.

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Quash or Modify Subpoena and Motion to Dismiss [Docket No. **11**[, filed with the court October 12, 2011, is DENIED without prejudice.  The individual filing the motion is not identified and is not a valid party.

Date:  October 31, 2011