**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02162-REB-MJW

RAW FILMS, LTD,

    Plaintiff,

v.

JOHN DOES 1-24,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANTS DOES 2 AND 4, ONLY**

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Does 2 and 4 Only** [#27][1] filed December 19, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, John Doe 2 and John Doe 4, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Does 2 and 4 Only** [#27] filed December 19, 2011, is **APPROVED**;

2. That plaintiff's claims against defendants, John Doe 2 and John Doe 4, are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendants, John Doe 2 and John Doe 4, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated December 19, 2011, at Denver, Colorado.

                                               **BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge