**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02162-REB-MJW

RAW FILMS, LTD,

    Plaintiff,

v.

JOHN DOES 1, 3, and 5-24,

    Defendants.

## ORDER CONCERNING DEFENDANT'S MOTION TO RESTRICT ACCESS

**Blackburn, J.**

    This matter is before the court on a letter, dated December 21, 2011, filed by an individual who states that they are a possible defendant in this case. In the letter, the putative defendant asks the court to keep this possible defendant's "identity protected . . . ." I read this request as a motion to restrict access under Rule 7.2 of the Local Rules of Practice of the United States District Court for the District of Colorado - Civil. Under Rule 7.2D., any document that is the subject of a motion to restrict access will be subject to restriction until the motion to restrict access is determined by the court. D.C.COLO.LCivR 7.2D. However, under Rule 7.2B., any motion to restrict public access will be open to public inspection. *Id.* at 7.2B.

    Given these requirements, I direct that the letter tendered by this possible defendant be redacted to exclude the names stated in the first line of the letter, the signature at the bottom of the letter, and the typed name below the signature. As redacted, the letter shall be filed as a motion to restrict access. Once the deadlines

prescribed in D.C.COLO.LCivR 7.2 have expired, the court will resolve the motion to restrict access. In addition, I read the motion to restrict access to request restricted access to the motion to dismiss and motion to quash filed by the same individual concurrently with the filing of the December 21, 2011, letter.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That a copy of the letter dated December 21, 2011, filed with the court on December 23, 2011, and addressed to Magistrate Judge Michael J. Watanabe and Judge Robert E. Blackburn **SHALL BE REDACTED** to exclude the first and last names stated in the first line of the letter, the signature at the bottom of the letter, and the first and last typed name below the signature;

      2. That as redacted, a copy of the letter dated December 21, 2011, filed with the court on December 23, 2011, and addressed to Magistrate Judge Michael J. Watanabe and Judge Robert E. Blackburn **SHALL BE FILED** and **TREATED** as a motion to restrict access under D.C.COLO.LCivR 7.2;

      3. That pending resolution of the motion to restrict access, the motion to dismiss and motion to quash filed by the same individual who filed the December 21, 2011, letter **SHALL BE FILED** at restriction level 2, as defined in D.C.COLO.LCivR 7.2B.5.;

      4. That the Clerk of the Court **SHALL MAIL** a copy of this order to the person who filed the December 21, 2011, letter at the address reflected on the motion to dismiss filed by that person;

      5. That pending resolution of the motion to restrict access, any certificate demonstrating the mailing of a copy of this order to the person who filed the December 21, 2011, letter **SHALL BE FILED** at restriction level 2, as defined in D.C.COLO.LCivR 7.2B.5; and

6.  That the entry of this order does not relieve the movant from otherwise complying fully with the requirements of D.C.COLO.LCivR 7.2 relating to requests for restricted access.

Dated December 30, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge