IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02162-REB-MJW

RAW FILMS, LTD.,

Plaintiff(s),

v.

JOHN DOES 1-24.

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Defendant Joe Wiggins' handwritten document, which this court construes as a Motion to Quash Subpoena (docket no. 24), is DENIED.  Defendant Wiggins cites no legal authority and, in essence, is denying any infringement which is not a basis for quashing a subpoena.  *See* Voltage Pictures, LLC v. Does 1-5,000, 2011 WL 1807438, 79 Fed. R. Serv. 3d. 891 (D.D.C. 2011).

Date:  January 3, 2012