**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| RAW FILMS, LTD., <br><br>             Plaintiff, <br><br> v. <br><br> JOHN DOES 1-24, <br><br>             Defendants. | Civil Action No. 1:11-cv-02162-REB-MJW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF  DOES 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 AND 24 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe Defendants 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 24 ("Defendants") from this action <u>without prejudice,</u>  who were assigned the IP Addresses 174.51.50.52, 24.9.164.216, 71.196.193.161, 71.229.177.208, 71.229.217.69, 71.237.43.119, 71.237.53.126, 71.237.92.62, 71.56.218.171,  71.56.243.177,  75.70.115.204,  75.71.253.22,  75.71.26.189,  76.25.198.57, 76.25.220.82, 98.245.231.51, 174.29.8.143, 184.99.244.151, 216.160.139.106, 67.6.132.66 and 71.221.112.212.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendants has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
10268 Royal Eagle Street
Highlands Ranch, CO 80129
Phone: 303-875-5386
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker