### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-02162-REB-MJW

RAW FILMS, LTD,

    Plaintiff,

v.

JOHN DOES 1, 3, and 5-24,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANTS DOES 1, 3, 5-22, AND 24 ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 24 only** [#40][1] filed January 12, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants, John Does 1, 3, 5-22 and 24, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 24 only** [#40] filed January 12, 2012, is **APPROVED**;

2. That plaintiff's claim against defendants, John Does 1, 3, 5-22 and 24, are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendants, John Does 1, 3, 5-22 and 24, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated January 12, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge