**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02162-REB-MJW

RAW FILMS, LTD,

      Plaintiff,

v.

JOHN DOE 23,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 23 Only** [#61][1] filed July 10, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.  The plaintiff's claims against all other defendants were dismissed previously .

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 23 Only** [#61] filed July 10, 2012, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE**.

      Dated July 10, 2012, at Denver, Colorado.

      **BY THE COURT:**

      */s/ Robert E. Blackburn*
      Robert E. Blackburn
      United States District Judge

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.